**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Martin MORA–GARCIA, aka Martin Arreaga, aka El Burro, aka Manny, Defendant–Appellant.**

**No. 02–10543.**

**D.C. No. CR–00–00182–SOM.**

United States Court of Appeals, Ninth Circuit.

Submitted April 12, 2004.*

Decided April 23, 2004.

Thomas C. Muehleck, Asst. U.S. Atty., United States Attorney, Honolulu, HI, for Plaintiff–Appellee.

Georgia K. McMillen, Wailuku, HI, for Defendant–Appellant.

Before HALL, O'SCANNLAIN, and RYMER, Circuit Judges.

## MEMORANDUM**

Martin Mora–Garcia appeals the judgment revoking his supervised release and imposing a 10–month sentence upon revo-

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

cation. We have jurisdiction pursuant to 28 U.S.C. § 1291.

Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Mora–Garcia's counsel has submitted a brief stating that she has found no meritorious issues for review, together with a motion to withdraw as counsel of record. Appellant did not file a supplemental pro se brief, and the government did not file a brief.

Our consideration of counsel's brief and our independent review of the record under *Penson v. Ohio*, 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), disclose no grounds for relief. Accordingly, counsel's motion to withdraw is **GRANTED**, and the district court's order is **AFFIRMED**.